tion by Joseph B. Pennell and others against Charles L. Bucki. No opinion. Judgment and order affirmed, with costs. All concur, except BARTLETT, J., not sitting.

PEOPLE, Appellant, v. AMES, Respondent. (Supreme Court, General Term, Fourth Department. December, 1895.) No opinion. Interlocutory judgment reversed and the demurrer disallowed, and proceedings remitted to the court of sessions of Oswego county.

PEOPLE v. ANDERSON. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by the people, etc., against William C. Anderson. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. COMPTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Action by the people of the state of New York against Mansfield Compton. No opinion. Judgment reversed upon the ground that the language alleged to have been spoken, and the occasion upon which it was uttered, do not bring the case within the statute, but that the offense was one which the court was competent to deal with as a contempt. All concur.

PEOPLE v. McGOVERN. (Supreme Court, Appellate Division, First Department. June 29, 1896.) No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. YERKEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) No opinion. Judgment and order affirmed, and proceedings remitted.

PEOPLE ex rel. BRADY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Proceeding by the people on the relation of Thomas F. Brady, against Theodore Roosevelt and others. E. H. Hawke, Jr., for appellant. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. CLAUSEN v. MURRAY et al. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by the people of the state of New York, on the relation of Christian Clausen, against Joseph Murray and others, commissioners, etc. No opinion. Order affirmed, with costs, on opinion of PRYOR, J., in the court below. 38 N. Y. Supp. 609.

PEOPLE ex rel. COMMISSIONERS OF CHARITIES AND CORRECTIONS v. CULLEN. (Supreme Court, Appellate Division, First Department. May 22, 1896.) Action by the people of the state of New York, on the relation of the commissioners of charities and corrections, against William Cullen. No opinion. Motion denied, with $10 costs, to abide the event of the appeal.

PEOPLE ex rel. COMMISSIONERS OF CHARITIES AND CORRECTIONS v. KARLSIOE. (Supreme Court, Appellate Division, First Department. May 25, 1896.) Action by the people, on the relation of the commissioners of charities and corrections, on complaint of Agnes Karlsioe, against William J. Karlsioe. No opinion. Motion granted, requesting that remittitur be sent back.

PEOPLE ex rel. CONGRESS BREWING CO., Respondent, v. BOARD OF ASSESSORS OF THE CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department June 9, 1896.) Application of the Congress Brewing Company for a writ of certiorari to the board of assessors of the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except CULLEN, J., not sitting.

PEOPLE ex rel. DILLON, Respondent, v. WELLES, Police Commissioner, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Proceeding by the people, on the relation of Richard Dillon, against Leonard R. Welles, police commissioner. No opinion. Order affirmed, with $10 costs and disbursements. All concur. except CULLEN, J., not sitting.

PEOPLE ex rel. FALK, Respondent, v. MANHATTAN OIL CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 22, 1896.) Proceeding by the people of the state of New York, on the relation of Herbert V. Falk, against the Manhattan Oil Company and others. H. Odell, for appellants. A. Kling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LAWRENCE, Respondent, v. FALLON et al., Appellants. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by the people of the state of New York, on the relation of Samuel B. Lawrence, against John Fallon, warden and keeper of the city prison, and others. John D. Lindsay and Noah Davis, for appellants. Elihu Root and J. S. Auerbach, for respondent.

PER CURIAM. For the reasons stated in the case of People v. Fallon, 39 N. Y. Supp. 865 (decided herewith) the order appealed from should be affirmed.

PEOPLE ex rel. LAWYERS' SURETY CO. v. ANTHONY. (Supreme Court, Appellate Division, First Department. June 29. 1896.) Action by the people, on the relation of the Lawyers' Surety Company, against D. Edgar Anthony. No opinion. Motion denied, with $10 costs, to abide event of appeal.

PEOPLE ex rel. McELROY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Proceeding by the people of the state of New York, on the relation of Patrick McElroy, against Theodore Roosevelt and others. F. B. House, for appellant. T. Con-